

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS, VERIFIED COMPLAINT, VERIFICATION**
EFFECTED (1) BY ME: **JEFFREY MANUEL**
TITLE: **PROCESS SERVER**  DATE: 10/17/2009 02:22PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:
ANDREW BONFIELD

Place where served:
199 HIGHLAND TER. PRINCETON NJ 08540

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

NUMEROUS ATTEMPTS. NOTICE LEFT ON DOOR. NO ANSWER. VERIFIED ENTITY ADDRESS. POSTED W/CERTIFIED MAILING

Certified & Reg Mailing date

2009 OCT 23 P 1:01 U.S. DISTRICT COURT

### STATEMENT OF SERVER

TRAVEL $ _____  SERVICES $ _____  TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/17/20 09  _____ L.S.

SIGNATURE OF JEFFREY MANUEL
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/17/09

ASHLEY ROSADO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 8, 2013

ATTORNEY: PETER S. PEARLMAN, ESQ.
PLAINTIFF: STEWARD INTERNATIONAL ENHANCED INDEX FUND
DEFENDANT: ROGER CARR, ET AL.
VENUE: DISTRICT
DOCKET: 2 09 CV 05006 DMC MF

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **_ADDENDUM_**

*DELIVERY:* See People Trust Co. v. Kozuck, 98 N.J. Super 235 (Law Div. 1967), aff'd o.b. 103 N.J. Super. 151 (App. Div), certif., den 53 N.J. 78 (1968), cert. den 395 U.S. 966 (1969), holding that the rules requirement of "delivery is met by leaving process outside the door, when after the process server identifies himself and his mission, the defendant or family member refuses to open the door and denies his true identity.