Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEWARD INTERNATIONAL ENHANCED INDEX FUND, Derivatively On Behalf of CADBURY PLC,<br><br>Plaintiff,<br><br>v.<br><br>ROGER CARR, TODD STITZER, ANDREW R.J. BONFIELD, WOLFGANG BERNDT, GUY R. ELLIOT, RAYMOND VIAULT, COLIN R. DAY, BARONESS SARAH ELIZABETH MARY HOGG, and LORD CHRISTOPHER FRANCIS PATTEN,<br><br>Defendants,<br><br>and<br><br>CADBURY PLC, an English corporation,<br><br>Nominal Defendant. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 09-5006 (DMC) (MF)<br><br><br><br>**NOTICE OF APPEARANCE OF MAUREEN A. RUANE, ESQ.** |

**PLEASE TAKE NOTICE** that the individual defendants and nominal defendant Cadbury plc (collectively, the "Defendants") are represented by the firm Lowenstein Sandler PC in this matter. Maureen A. Ruane is a Member of Lowenstein Sandler PC, and is working on this matter on behalf of Defendants. Ms. Ruane is registered on the Court's CM/ECF system. Accordingly, Defendants request that any Notices of Electronic Filing in this case be sent to Ms. Ruane at the following address: mruane@lowenstein.com.

-2-

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 (Fax)
mruane@lowenstein.com
*Attorneys for Defendants*


By:  /s  Maureen A. Ruane

Dated:  December 28, 2009