**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Katrina Carroll
Jennifer Sarnelli
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Lee D. Rudy
Michael Wagner
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| SUSAN DOUGHERTY, on Behalf of Herself and All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant CADBURY PLC, | : CIVIL ACTION<br>:<br>: NO. 09-6406 (DMC)<br>: |
| Plaintiff, | : PLAINTIFF SUSAN DOUGHERTY'S<br>: NOTICE OF MOTION TO CONSOLIDATE |
| v. | : RELATED ACTIONS AND APPOINT<br>: INTERIM CLASS AND LEAD |
| ROGER CARR, TODD STITZER, ANDREW BONFIELD, WOLFGANG BERNDT, GUY ELLIOT, LORD PATTEN, RAYMOND VIAULT, BARONESS HOGG, and COLIN DAY, | : DERIVATIVE COUNSEL<br>:<br>:<br>:<br>: |
| Defendants, | : |
| and | : |
| CADBURY PLC, | : |
| Nominal Defendant | : |

227337 v1

| | |
|---|---|
| STEWARD INTERNATIONAL ENHANCED INDEX FUND, Derivatively On Behalf of Cadbury PLC, | : CIVIL ACTION<br>:<br>: NO. 09-5006 (DMC) |
| Plaintiff, | |
| vs. | |
| ROGER CARR, TODD STITZER, ANDREW R.J. BONFIELD, WOLFGANG BERNDT, GUY ELLIOT, RAYMOND VIAULT, COLIN R. DAY, BARONESS SARAH ELIZABETH MARY HOGG and LORD CHRISTOPHER FRANCIS PATTEN, | **RETURN DATE: FEBRUARY 1, 2010** |
| Defendants, | |
| -and- | |
| CADBURY PLC, An English Corporation, | |
| Nominal Defendant. | |

**PLEASE TAKE NOTICE** that on February 1, 2010 at 10:00 a.m., or soon thereafter as counsel may be heard, Plaintiff Susan Dougherty ("Plaintiff"), through her undersigned attorneys, will move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the U.S. District Court, Frank R. Lautenberg U.S.P.O. & Courthouse, Federal Square, Newark, New Jersey 07102 for an Order pursuant to Rule 42 of the Federal Rules of Civil Procedure to consolidate the above-captioned related shareholder class and derivative actions.  Plaintiff further moves the Court pursuant to Rules 23(g) and 23.1 of the Federal Rules of Civil Procedure for an order to appoint her counsel, Barroway Topaz Kessler Meltzer & Check, LLP and Lite DePalma Greenberg & Rivas, LLC, as Interim Class Counsel and Lead Derivative Counsel.  For the reasons stated in Plaintiff's accompanying Memorandum and the Declaration of Michael Wagner

in support hereof, Plaintiff's motion should be granted and the Court should enter the proposed order submitted herewith.

Respectfully submitted,

Date: December 31, 2009          By:   **LITE DEPALMA GREENBERG & RIVAS, LLC**

/s/ Joseph J. DePalma
Joseph J. DePalma
Katrina Carroll
Jennifer Sarnelli
Two Gateway Center, 12th Floor
Newark, New Jersey
Tel: (973) 623-3000

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Lee D. Rudy
Michael Wagner
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania  19087
Tel: (610) 667-7706