UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWARD INTERNATIONAL ENHANCED INDEX FUND, Derivatively On Behalf of CADBURY PLC, <br><br> Plaintiff, <br><br> v. <br><br> ROGER CARR, TODD STITZER, ANDREW R.J. BONFIELD, WOLFGANG BERNDT, GUY R. ELLIOT, RAYMOND VIAULT, COLIN R. DAY, BARONESS SARAH ELIZABETH MARY HOGG and LORD CHRISTOPHER FRANCIS PATTEN, <br><br> Defendants, <br><br> -- and -- <br><br> CADBURY PLC, an English corporation, <br><br> Nominal Defendant. | No. 09-CV-05006 (DMC) (MF) <br><br><br> **STIPULATION REGARDING SCHEDULE** |

**IT IS HEREBY STIPULATED** and agreed as follows:

All Defendants in the above-captioned proceeding shall not be required to answer or otherwise respond to the Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, dated September 30, 2009, filed in the above-captioned proceeding until January 15, 2010, or such other date as may be agreed upon by the parties or ordered by the Court.

Date: December 17, 2009

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

By: S/ Peter S. Pearlman
Peter S. Pearlman
Jeffrey W. Herrmann
Park 80 Plaza West-One
Saddle Brook, NJ 07633
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Darren J. Robbins
Mark Solomon
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Plaintiff*

SHEARMAN & STERLING LLP

By: [signature]
Alan S. Goudiss
Alexandra Dosman
Brian G. Burke
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants*

SO ORDERED: [signature]
Mark Falk
U.S. Magistrate Judge

DATE: 12/30/09