Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWARD INTERNATIONAL ENHANCED INDEX FUND, Derivatively On Behalf of CADBURY PLC, <br><br> Plaintiff, <br><br> v. <br><br> ROGER CARR, *et al.*, <br><br> Defendants. | Civil Action No. 09-5006 (DMC) (MF) |
| SUSAN DOUGHERTY, on Behalf of Herself and All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant CADBURY PLC, <br><br> Plaintiff, <br><br> v. <br><br> ROGER CARR, *et al.*, <br><br> Defendants. | Civil Action No. 09-6406 (DMC) (MF) |

## CONSENT ORDER GRANTING *PRO HAC VICE* APPLICATIONS OF
## ALAN S. GOUDISS, BRIAN G. BURKE AND ALEXANDRA DOSMAN

**THIS MATTER** having come before the Court by Lowenstein Sandler PC, attorneys for the individual defendants and nominal defendant Cadbury plc ("Cadbury") (collectively, the "Defendants") in these two putative derivative class actions, for entry of an Order granting the admission *pro hac vice* of Alan S. Goudiss, Brian G. Burke and Alexandra

Dosman of the law firm Shearman & Sterling LLP to act as co-counsel for Defendants in these matters; and the Court having considered the certifications of counsel and it being represented that counsel for Plaintiffs consent to entry of the within Order, and for good cause shown:

IT IS on this _5th_ day of _January_, 2010 hereby

**ORDERED** that Alan S. Goudiss, Brian G. Burke and Alexandra Dosman are hereby admitted *pro hac vice* to appear and participate as co-counsel for Defendants in these matters under Local Rule 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the firm Lowenstein Sandler PC, attorneys of record for Defendants, who shall be held responsible for said papers and the conduct of the case and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorneys herein; and

**IT IS FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(2), Alan S. Goudiss, Brian G. Burke and Alexandra Dosman shall each make a $182.00 payment to the New Jersey Lawyer's Fund for Client Protection as provided by Rule 1:28-2(a) of the New Jersey Court Rules, for this year and for any subsequent year in which they continue to represent a client in any matter pending in this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Alan S. Goudiss, Brian G. Burke and Alexandra Dosman shall each make a $150.00 payment to the Clerk, United States District Court, representing their respective *pro hac vice* admission fee; and

**IT IS FURTHER ORDERED** that Alan S. Goudiss, Brian G. Burke and Alexandra Dosman shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Rule 104.1 (Discipline of Attorneys); and

**IT IS FURTHER ORDERED** that Alan S. Goudiss, Brian G. Burke and Alexandra Dosman shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Mark Falk U.S.M.J.