Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CADBURY PLC SHAREHOLDER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No. 09-5006 (DMC) (MF)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS**<br><br>**Hearing Date: January 21, 2010**<br><br>Filed Under the Briefing Schedule Set by the Court at the January 5, 2010 Hearing |

TO:  Peter S. Pearlman                                         Joseph J. DePalma
     Jeffrey W. Herrmann                                       Bruce D. Greenberg
     Cohn Lifland Pearlman Herrmann & Knopf LLP               Lite DePalma Greenberg & Rivas LLC
     Park 80 Plaza West-One                                    Two Gateway Center, 12th Floor
     Saddle Brook, New Jersey 07663                            Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that the individual defendants and nominal defendant Cadbury plc (collectively, "Defendants") shall move before the Honorable Dennis M. Cavanaugh, United States District Judge, at the Frank R. Lautenberg United States Post Office & Courthouse Building in Newark, New Jersey, under *forum non conveniens* or, alternatively, Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order granting Defendants' motion to dismiss all claims asserted in the Amended Verified Shareholder Class Action and Derivative Complaint, dated December 23, 2009, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of Defendants' motion to dismiss, Defendants will rely upon the accompanying *(1)* Brief, *(2)* the Declaration of David Watkins, and *(3)* the Declaration of Douglas S. Eakeley.  Pursuant to Local Rule 7.1(e), a proposed Order has been submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Respectfully submitted,

Douglas S. Eakeley
Jason Halper
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500
973.597.2400 (Fax)
deakeley@lowenstein.com
*Attorneys for Defendants*

*Of Counsel:*

Alan S. Goudiss
Alexandra Dosman
Brian G. Burke
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York  10022
212.848.4000

By:  /s  Douglas S. Eakeley

Dated:  January 11, 2010