Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CADBURY PLC SHAREHOLDER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 09-5006 (DMC) (MF)<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

**THIS MATTER** having been brought by the individual defendants and nominal defendant Cadbury plc (collectively, "Defendants"), through their attorneys, Shearman & Sterling LLP and Lowenstein Sandler PC, on a motion to dismiss the Amended Verified Shareholder Class Action and Derivative Complaint, dated December 23, 2009, under *forum non conveniens* or, alternatively, *Fed. R. Civ. P.* 12(b)(6); and the Court having considered the parties' respective briefs and the accompanying papers submitted in connection with the motion; and the Court having heard oral argument on the motion on January 21, 2010,

IT IS on this _____ day of January 2010, hereby:

**ORDERED** that Defendants' motion to dismiss the Amended Verified Shareholder Class Action and Derivative Complaint is hereby **GRANTED,** and the Amended Verified Shareholder Class Action and Derivative Complaint is hereby dismissed with prejudice.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.