Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CADBURY PLC SHAREHOLDER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No. 09-5006 (DMC) (MF)<br><br>**CERTIFICATION OF SERVICE** |

I, **KELLY A. LLOYD**, of full age, do hereby certify as follows:

1.      I am an attorney with the firm Lowenstein Sandler PC, counsel for the individual defendants and nominal defendant Cadbury plc (collectively, "Defendants").

2.      On January 11, 2010, I caused to be served, via ECF and FedEx, the following documents: (1) a Notice of Defendants' Motion to Dismiss the Amended Verified Shareholder Class Action and Derivative Complaint; (2) Defendants' Brief in Support of their Motion; (3) Defendants' Brief in Opposition to Expedited Discovery; (4) the Declaration of Douglas S. Eakeley in support of Defendants' Motion; (5) the Declaration of David Watkins in support of Defendants' Motion; (6) a Proposed Order Granting Defendants' Motion; and (7) this Certification of Service, on the following counsel for Plaintiffs:

Joseph DePalma
Lite, DePalma, Greebarg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

Peter S. Pearlman
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663

Darren J. Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, California 92101

Lee D. Rudy
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

 

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


                By: <u>/s/ Kelly A. Lloyd</u>
                    Kelly A. Lloyd, Esq.

Dated: January 11, 2010