## ... with consumer insights to provide affordable product innovations that build consumption

### Market Insights
- Cadbury Dairy Milk perceived as the best tasting chocolate in India
- Under Rs.2 market growing at 25% p.a.
- Chocolate penetration <10% in rural India

### Shots
- Launched in India in July 2008
- Affordable price of Rs.2 (2.5 pence) for 2 shots
- Unique offering - a temperature tolerant format
- Distributed to 360,000 outlets

**3% value share of the chocolate market in one year**



31



# ... with strong route to market and brand strength to sustain high market shares in fast growing markets



- >70% of products sold through a fragmented impulse channel
- Serving over 600,000 stores in the region
- Trident – number 1 gum brand in South America
- Over 70% share in gum in Brazil
- Halls – number 1 candy brand in South America

**Significant competitive advantage in Gum and Candy**

Cadbury

33



## Cadbury can capitalise on future growth and invest in M&A and white space initiatives

- Build on excellent position in emerging markets
- Capitalise on strong consumer demand
- White space growth
- Selective M&A

Target long-term revenue growth **10 – 12%** in emerging markets

Provide critical mass and competitive advantage

