Cadbury is strongly positioned in some of the world's largest and most attractive developed markets
Canada: £240m business
#1 in Gum and Candy, #3 in Chocolate
Strengths: Leading brands, RTM, innovation
UK: £1,200m business
#1 in Chocolate and Candy, #2 in Gum
Strengths: Leading heritage and category brands, strength in grocery and impulse RTM
Japan: £170m business
#2 in Gum, #9 in Candy
Strengths: Innovation leader in gum and niche candy products, strong platform for future market share growth
France: £260m business
#1 in Gum and Candy, #6 in Chocolate
Strengths: Strong position with Hollywood gum brand, heritage brand equity in candy and chocolate
USA: £610m business
Strong #2 in Gum, #4 in Candy
Strengths: Leading brands, RTM, innovation
Australia: £420m business
#1 in Chocolate, #2 in Candy
Strengths: Leading heritage and category brands, strength in grocery and impulse RTM
Our long-term target is 3-4% revenue growth in developed markets
Cadbury
36
Source: Euromonitor (2008)

Our performance in the UK and US shows the competitive strengths of our business
UK Revenue
2006 to 2009E
£200m
2006
2009
US Gum Share
2003 to 2009E
700 bps
2003
2009
Strength of our brands and route to market
Strength of our marketing and innovation
37

Focusing investment on the strongest growth opportunities
• Significant growth in emerging markets
• increasing per capita consumption
• extending our routes to market
• developing consumer relevant affordable confectionery
• Continued growth in all categories
• increasing participation in differentiated segments
• winning share with advantaged route to market capabilities
• Strong consumer insight and relevant innovation
• drives pricing, improved mix and higher gross margins
38

Cadbury has driven growth through increasing consumer participation in high growth segments
Chocolate
5-7%
Consumer focused innovations on higher growth segments
Gum
6-8%
Focus on functional characteristics to drive consumer participation
Candy
4-6%
Focus on better-for-you and indulgent segments where function and differentiation supports higher value
Cadbury
39

Consumer relevance underpins growth in the chocolate category
Chocolate category growth driven by consumer focused innovations focusing on higher growth segments
• Premium chocolate e.g. Green & Blacks
• Enhanced sharing and gifting products
• Best-in-class marketing to broaden appeal to new consumer groups
• Sustainable sourcing to build consumer relevance
G&B's revenue +12% 06-09 CAGR
Large bags £38m RSV since launch
Cadbury
DAIRY MILK
40