







# ROIC is expected to increase significantly as profit growth is driven by historic investment

**1** Higher margins combined with good revenue growth to drive significantly higher UOP less an improving tax rate

Net Underlying Operating Profit after Tax
──────────────
Average Invested Capital

2009   8.7%   →   2013   up at least 300bps

**2** Lower average capital expenditure and working capital will result in a steady capital base

**3** Targeting to increase ROIC by at least 300 bps by 2013

# Balanced delivery of margins, free cash flow and return on invested capital



Cadbury

**Margin**

**ROIC**

**Cash**

Sustainable strong operating margins
- embedding restructuring costs
- enabling continuous improvement
- sustaining investment in growth

High levels of cash conversion
- driven by strong margin performance
- no exceptional restructuring
- capital expenditure focused on growth
- improving working capital management

Higher returns on invested capital
- driven by strong margin performance
- leveraging a improving capital base







# Higher Performance, Higher Value

*Long-term targets*

- 5-7% revenue growth per annum
- 16-18% operating margin by 2013 (including business improvement costs)
- 80-90% operating cash conversion from 2010
- Double digit dividend growth
- World class capabilities and sustainability in line with our values

**Reject Kraft's Offer**

Cadbury

## Disclaimer

The circular to Cadbury shareholders dated 14 December 2009 (the "Circular") from which certain of the information in this presentation have been extracted has been prepared in accordance with the requirements of the City Code and is subject to disclosure and procedural requirements that are different from those under US law. This presentation should not be read as a substitute for reading the Circular. Any financial figures included or incorporated in this presentation or the Circular may have been prepared in accordance with non-US accounting standards that may not be comparable to the financial statements of a US company.

This presentation is not for release, publication or distribution in, into or from any jurisdiction where such release, publication or distribution would constitute a violation of the securities laws of such jurisdiction. The information in this presentation speaks as at the date of the Circular. See the Circular and Appendix I of this presentation for relevant sources of information and bases of calculation. Cadbury has and accepts no responsibility or duty to update the Circular or this presentation.

Except for historical information and discussions contained herein, statements contained in this presentation may constitute "forward looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the US Securities Exchange Act of 1934, as amended. Forward looking statements are generally identifiable by the fact that they do not relate to historical or current facts or by the use of the words "may" "will" "should" "plan" "expect" "anticipate" "estimate" "believe" "intend" "project" "goal" or "target" or the negative of these words or other variations on these words or comparable terminology. Forward looking statements involve a number of known and unknown risks, uncertainties and other factors that could cause Cadbury's or its industry's actual results, levels of activity, performance or achievements to be materially different from any future results, levels of activity, performance or achievements expressed or implied by such forward looking statements. These forward looking statements are based on numerous assumptions regarding the present and future strategies of each business within the Cadbury Group and the environment in which they will operate in the future. In evaluating forward looking statements, you should consider general economic conditions in the markets in which Cadbury operates, as well as the risk factors outlined in Cadbury's most recent Form 20-F filed with the SEC and posted on Cadbury's website at www.cadbury.com. This presentation should also be viewed in conjunction with Cadbury's periodic half yearly and annual reports and other filings filed with or furnished to the US Securities and Exchange Commission (the "SEC"), copies of which are available from Cadbury plc, Cadbury House, Uxbridge Business Park, Sanderson Road, Uxbridge UB8 1DH, United Kingdom and from the SEC's website at www.sec.gov. Cadbury does not undertake publicly to update or revise any forward looking statement that may be made in these materials, whether as a result of new information, future events or otherwise. All subsequent oral or written forward-looking statements attributable to Cadbury or any person acting on behalf of Cadbury are expressly qualified in their entirety by the cautionary statements above.

**Nothing in this presentation (other than the statements marked by an asterisk on pages 16, 17, 50, 51, 53, 54, 56, 64, 65, 66) is intended to be a profit forecast and no statement in this document should be interpreted to mean that the earnings per Cadbury Share for the current or future financial periods will necessarily be greater than those for the relevant preceding financial period.**

Holders of ordinary shares and American Depositary Shares are advised to read Cadbury's Solicitation/Recommendation Statement on Schedule 14D-9 as it contains important information. Copies of the Schedule 14D-9, which has been filed by Cadbury with the SEC, and other related documents are available free of charge on the SEC's website at www.sec.gov. In addition, documents filed with the SEC by Cadbury may be obtained free of charge by contacting Cadbury plc's media or investor relations departments or on Cadbury's website at www.cadbury.com.

## Responsibility

The directors of Cadbury accept responsibility for the information contained in this presentation, save that the sole responsibility accepted by them in respect of information relating to Kraft contained in this presentation has been to ensure that such information has been correctly compiled from published sources and is fairly reproduced and presented. Subject to the aforesaid, the directors of Cadbury confirm that to the best of their knowledge and belief (having taken all reasonable care to ensure that such is the case), the information contained in this presentation for which they are responsible is in accordance with the facts and, where appropriate, does not omit anything likely to affect the import of such information.

Each of Goldman Sachs International, Morgan Stanley & Co. Limited and UBS Limited (acting exclusively for Cadbury and for no-one else in connection with the matters referred to in this presentation and will not be responsible to anyone other than Cadbury for providing the protections afforded to their respective clients or for providing advice in relation to such matters.



# APPENDIX I: BASES OF CALCULATION AND SOURCES OF INFORMATION

The relevant bases of calculation and sources of information, in addition to those set out in the Circular, are provided below in the order in which such information appears in this presentation. Where such information is repeated in this presentation, the underlying sources and bases are not repeated.

Any financial information included in this presentation has only been sourced as far as it refers to incremental information to the Circular.

a)  Unless otherwise stated in this presentation:

– All financial information relating to Cadbury has been extracted or derived (without any adjustments) from either annual reports and accounts of Cadbury, other information made publicly available by Cadbury, Cadbury's management sources or the Profit Forecast set out in Appendix 2 of the Circular.

– Information contained in this document regarding market share, market size, market position and market growth in the global and regional chocolate, gum, candy or total confectionery markets is sourced from Cadbury's management estimates and calculations based upon data from Euromonitor, Passport, AC Nielsen and Information Resources Inc (IRI), peer company annual reports and other public filings.

b)  The total amounts for divestments, demergers and acquisitions are sourced from Cadbury's internal management accounts and publicly disclosed information. Divestments and demergers occurring since March 2003 to date have been aggregated to £8.4 billion. Acquisitions occurring since March 2003 to date have been aggregated at £3.6 billion.

c)  The reference to Cadbury being the only global pure-play confectionery investment opportunity is based on the following definition. Companies in which any region accounted for more than 75% of their 2008 Euromonitor total confectionery sales were not categorised as global companies. The regions considered included Asia Pacific, Australasia, Eastern Europe, Latin America, Middle East and Africa and Western Europe as defined by Euromonitor. Companies in which the confectionery segment accounted for more than 90% of their 2008 Euromonitor total group sales were categorised as pure-play confectionery companies.

d)  The reference to the 11% global emerging markets share is sourced from Euromonitor and is calculated as Cadbury's aggregated retail sales value (US$m) for 2008 divided by the aggregated retail sales value (US$m) of all emerging markets, as defined in the Circular.

e)  The y-axes of the regression charts are based on 2008 GDP per capita (US$), sourced from Global Insight. The x-axes of the regression charts are based on 2008 consumption per capita (US$) for each of the four consumer staple categories, calculated as 2008 market size (US$m) for the particular category divided by population (million), where the market size is sourced from Euromonitor and population from Global Insight.

From the regression equations, a $10,000 increase in GDP per capita equates to, by category:

– Confectionery: a $29 increase in consumption

– Coffee: a $14 increase in consumption

– Biscuits: $16 increase in consumption

– Snacks: a $15 increase in consumption

The countries included in these regressions are: Argentina, Australia, Austria, Belgium, Brazil, Bulgaria, Canada, Chile, China, Colombia, Czech Republic, Denmark, Egypt, Finland, France, Germany, Greece, Hong Kong, Hungary, India, Indonesia, Ireland, Israel, Italy, Japan, Malaysia, Mexico, Morocco, Netherlands, New Zealand, Norway, Philippines, Poland, Portugal, Romania, Russia, Saudi Arabia, Singapore, Slovakia, South Africa, South Korea, Spain, Sweden, Switzerland, Taiwan, Thailand, Turkey, Ukraine, United Kingdom, USA, Venezuela, Vietnam.