## APPENDIX I: BASES OF CALCULATION AND SOURCES OF INFORMATION

Stated percentage increases for emerging, developed and global markets are based on an increase in GDP per capita of ~US$4,000 to ~US$5,300, ~US$42,900 to ~US$47,600 and US$8,500 to ~US$10,100 respectively. GDP per capita growth rates are based on a grouping of country data from GlobalInsight into Developed Markets (Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Ireland, Italy, Japan, Netherlands, New Zealand, Norway, Portugal, Spain, Sweden, Switzerland, United Kingdom, United States), Emerging Markets (Argentina, Brazil, Bulgaria, Chile, China, Colombia, Czech Republic, Egypt, Hong Kong, Hungary, India, Indonesia, Israel, Malaysia, Mexico, Morocco, Philippines, Poland, Romania, Russia, Saudi Arabia, Singapore, Slovakia, South Africa, South Korea, Taiwan, Thailand, Turkey, Ukraine, Venezuela, Vietnam) and the World.

f) 2008 per capita chocolate and gum consumption rates are sourced from Euromonitor. BRIC Markets is defined as Brazil, Russia, India and China whilst the Western European market is defined by Euromonitor. Per capita chocolate consumption in BRIC markets is based on the aggregated retail volume of Brazil, Russia, India and China divided by the aggregated population of Brazil, Russia, India and China as sourced from Euromonitor.

g) The revenue development in India is sourced from Cadbury's internal management accounts (for the years ended 2004-08) and Cadbury's management estimates (for the year ending 2009).

h) The revenue development in South America is sourced from Cadbury's internal management accounts (for the years ended 2004-08) and Cadbury's management estimates (for the year ending 2009).

i) The revenue development in Southern Africa is sourced from Cadbury's internal management accounts (for the years ended 2004-08) and Cadbury's management estimates (for the year ending 2009).

j) The 2003-9 US gum shares increase of 700bps has been sourced from IRI Inc and is based on Cadbury's US gum market share of 27.4% in 2003 and 34.1% in 2009, using moving annual total data.

k) The reference that Cadbury has the second largest consumer goods sales force in the UK is sourced from management information.

l) The reference that Cadbury's large bite-sized bag products in the UK, introduced in April this year have already sold £40m is sourced from Nielsen.

m) The reference that Eclairs grew by 30% this year is sourced from Cadbury's internal management accounts.

n) The reference to marketing and science & technology expenditure driving revenue growth is sourced from Cadbury's 2008 annual report and internal management accounts . 10.8% is based on the 2008 marketing spend of £584m divided by the 2008 revenues of £5,384m.

o) On slide "Cadbury expect to deliver higher revenue growth beyond 2009" Cadbury's 2003-2008 growth rates of 12% and 5% for Emerging Markets and Developed Markets, respectively, have been sourced from Euromonitor.

p) The 2008 EBITDA of £827m has been calculated based on the Underlying Profit from Operations of £637m and depreciation and amortisation of £190m, which is sourced from internal management accounts. Based on financials in the 2008 Annual Report, calculating 2008 EBITDA will yield a value of £830m, the difference is due to rounding in the values stated in the Annual Report.

q) The reference that Cadbury buys from over 20 flavour suppliers, spends over £400m on packaging from over 100 suppliers, and spends nearly £70m on local IT support with global players is based on internal management reports.

r) 2008 Net Debt/EBITDA of 2.1x is based on 2008 Net Debt of £1,887m divided by the 2008 EBITDA of £884m including the discontinued Australian Beverages business.

s) The reference to 2009 ROIC of 8.7% is based on Cadbury's management estimates.



# Cadbury's leadership team



**Amit Banati – President, Pacific**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008.

**Skills and Experience:**
Amit has over eighteen years of experience in a variety of roles and geographies in the Asia Pacific region. He joined Cadbury in 2004 as the Regional Finance Director of the Asia Pacific region. Prior to that he was with Procter & Gamble for fourteen years.

**Favourite Products:**
A bar of Old Gold chocolate.

**Age: 41**



**Stefan Bomhard – Chief Commercial Officer**

**Term of Office:**
Appointed to the Chief Executive's Committee in July 2009.

**Skills and Experience:**
Stefan joined Cadbury in July 2009. Originally from Germany he began his career as a consultant for Cap Gemini, and then moved to Procter & Gamble where he held various marketing roles. Stefan then joined Diageo where he held a number of roles including General Manager Burger King Spain and Portugal. In 2003 he joined Unilever as Senior Vice President Marketing & Business Development Foodsolutions Global. His most recent role was Chief Operations Officer for Foodsolutions Europe, based in Rotterdam, with P&L responsibility for 30 European countries and for a number of large food service customers.

**Favourite Product:**
Wispa, Stride Gum and TNCC Snakes

**Age: 42**



**Trevor Bond – President, Britain & Ireland**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008

**Skills and Experience:**
Trevor joined Cadbury Schweppes in 1986 as a senior auditor, after several years with KPMG working in the audit practice. From 1989 to 1995, he held a succession of roles with increasing responsibility in the finance management area within the UK chocolate confectionery business. Trevor moved to Malaysia in 1995, where he was chief operating officer, and moved back to the UK in 1997, where he led the Group's roll out of Value Based Management. In 2000, Trevor became the Integration Director for the newly formed Cadbury Trebor Bassett, and in 2001, became Director, Finance, Systems and Strategy for GB&I Confectionery. Trevor was appointed Executive Vice President Finance for Americas Confectionery, and moved to the US in 2003 where he led the integration of Adams. He returned to the UK in 2006 as FD of EMEA and Chairman of Cadbury Poland and became MD of Britain & Ireland in July 2007.

**Favourite Products:**
Trident Soft Spearmint

**Age: 48**

# Cadbury's leadership team





**Jim Cali – Director, Global Gum & Candy**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008.

**Skills and Experience:**
Jim joined Cadbury Schweppes in 2003 as executive vice president, commercial strategy, after spending four years as president of the Adams Company in Japan. In 2006, Jim added the role of leading Cadbury's $3 billion global gum category to his commercial responsibilities. He has held various sales, marketing and general management positions for over-the-counter medicines and confectionery over his 23 year career.

**Favourite Products:**
Stride Sweet Peppermint

**Age: 48**



**Jim Chambers – President, North America**

**Term of Office:**
Appointed to the Chief Executive's Committee in September 2005

**Skills and Experience:**
Jim joined Cadbury Schweppes in September 05 as President and CEO of the Americas region, where he has continued to lead the business to exceptional results. In September 08, Jim assumed leadership of an important operational role as the head of the newly created Cadbury North America business. Jim joined Cadbury from Rémy Cointreau USA, where he was President and CEO. Prior to Rémy Cointreau, Jim led three different organizations, enabling him to gain broad leadership experience in manufacturing, retailing, technology and branded businesses. He was CEO of the product development solutions provider Paxonix, President and CEO of Netgrocer.com and group President at Information Resources Inc. Before joining IRI, Jim built an impressive 17-year career at Nabisco Inc., with leadership roles in sales, marketing and IT, and culminating as president of the Refrigerated Foods operating unit.

**Other directorships and offices:**
Non-executive director of B&G Foods

**Favourite Products:**
Trident White Peppermint Gum

**Age: 52**

**Tony Fernandez – Chief Supply Chain Officer**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008

**Skills and Experience:**
Tony joined Dr Pepper/Seven Up in 1998 and since then has held various leadership positions at Cadbury, most recently as EVP, Supply Chain for Cadbury's Confectionery America's Region. Prior to joining the company, Tony held numerous global roles at PepsiCo with increasing areas of responsibilities in Procurement, Finance and Packaging. Before PepsiCo, Tony worked at The Canaan Group, a general management consulting firm and Procter & Gamble.

**Favourite Products:**
Stride and Cadbury Dairy Milk Fruit & Nut

**Age: 50**

88

# Cadbury's leadership team



**Marcos Grasso – President, South America**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008.

**Skills and Experience:**
Marcos has over 20 years of international experience in marketing and general management in Brazil, USA, Indonesia, Portugal and Colombia with Warner-Lambert, Pfizer and Cadbury. Upon Cadbury's acquisition of Adams in 2003, Marcos led the successful creation of the Brandina (Brazil and Andean countries) business unit until mid 2007 when he took leadership of the broader South America region covering 10 countries and over 5,500 colleagues.

**Other directorships and offices:**
Former External Advisor of C&A Brazil 2006 – 2007, Member of the British Chamber of Commerce in Brazil.

**Favourite Products:**
Trident Splash and Cadbury Dairy Milk

**Age: 47**



**Anand Kripalu – President, Asia**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008.

**Skills and Experience:**
Anand joined Cadbury as Managing Director, Indian sub-continent in November 2005. Prior to this he spent 22 years at Unilever working in various sales and marketing roles across geographies. Key roles included marketing for the detergents business in India and leading national sales for the business. He has also developed category strategies and lead innovation for detergents across Central Asia and the Middle East. His last assignment was Managing Director, Unilever East Africa where he successfully turned around a business that that had not grown and was unprofitable for over 10 years.

**Other directorships & offices:**
Non-Executive Director of Marico Industries.

**Favourite Products:**
Cadbury Dairy Milk Fruit & Nut

**Age: 51**



**Lawrence MacDougall – President, Middle East & Africa**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008.

**Skills and Experience:**
Lawrence joined Cadbury South Africa in 1982, and has gained extensive consumer goods knowledge and experience through a variety of general management positions in both Confectionery and Beverages. He has successfully developed a profitable business in Southern Africa, while disposing of the beverages division and then successfully acquiring and integrating the Dandy chewing gum business. He was appointed as Managing Director of Middle East and Africa business unit in 2007.

**Favourite Products:**
Cadbury Dairy Milk, Whole Nut

**Age: 52**

84

# Cadbury's leadership team



**David Macnair – Chief Science & Technology Officer**

**Term of Office:**
Appointed to the Chief Executive's Committee in March 2004.

**Skills and Experience:**
David joined Cadbury as Chief Science & Technology Officer in March 2004. He previously worked for Campbell Soup Company (based in Philadelphia) where he was Chief Research Officer and senior vice president Global Research & Development/Quality Assurance. David's early career was spent in research and development with Mars, where he led their worldwide chocolate research programme and was also Manufacturing Development Director for M&M Mars – a general management role which spanned research & development, manufacturing and marketing.

**Favourite Products:**
Cadbury Dairy Milk

**Age:** 55



**Bharat Puri – Director, Global Chocolate**

**Term of Office:**
Appointed to the Chief Executive's Committee in October 2008

**Skills and Experience:**
Bharat has wide international Commercial and General Management experience. He joined Cadbury in 1998 as Director of Sales and Marketing for Cadbury India, one of the fastest growing Consumer Goods companies in India. In 2002 he was appointed Managing Director South Asia (looking after India, Pakistan and the other SAARC countries).  After successfully rebuilding Cadbury India to its pre-eminent position, Bharat moved to a Regional role in 2006 where he was responsible for Strategy, Marketing and sales for the entire Asia Pacific region.

**Favourite Products:**
Cadbury Dairy Milk

**Age: 48**



**Mark Reckitt – Chief Strategy Officer**

**Term of Office:**
Appointed to the Chief Executive's Committee in January 2007.

**Skills and Experience:**
Mark became Chief Strategy Officer in 2007, responsible for both strategy and mergers and acquisitions.  In January 2009, he also took the role of Interim Chief Commercial Officer.  Mark joined Cadbury in 1989. Initially responsible for mergers and acquisitions in the European Beverages business, he was Regional Finance Director for the European Beverages business between 1993-98 and for the Cadbury UK business between 1998 and 2000. From 2000 Mark held a number of senior Strategy and Finance roles with a particular focus on acquisitions including that of Adams in 2003 and Green & Black's in 2005.
Prior to joining Cadbury, Mark had held positions in M&A having spent six years in Investment Banking and Retailing.

**Favourite Product:**
Green & Black's Cherry

**Age: 51**

85

# Cadbury's leadership team



**Ignasi Ricou – President, Europe**

**Term of Office:**
Appointed to the Chief Executive's Committee in August 2009.

**Skills and Experience:**
Ignasi joined Cadbury in 2003 following the acquisition of Adams. After graduating from ESADE in Economics, Ignasi began his career at Henkel and Rhone Poulenc. He joined Adams in 1990 where he held various roles including Managing Director of Portugal, UK, Ireland and Benelux. In 2003, Ignasi was appointed Managing Director, Cadbury Spain. Under his leadership, the integration of Cadbury Dulciora and Adams won the Best Integration Award. In 2007 he became Managing Director of Southern & Central Europe and in January 2009 he was appointed Commercial Operations Director for our Europe business unit.

**Favourite Products:**
Trident Senses Rainforest Mint gum and Huesitos

**Age: 45**



**Chris van Steenbergen – Chief Human Resources Officer**

**Term of Office:**
Appointed to the Chief Executive's Committee in June 2007

**Skills and Experience:**
Chris became Chief Human Resources Officer in January 2009. He joined Cadbury in 1988 as VP Legal for the European Beverages business after working as Legal Manager at ITT Telecommunications in Belgium. He became Managing Director European Franchises for Cadbury Beverages in 1992, then MD Schweppes France and Benelux in 1993. In 1997 Chris was appointed VP Marketing, Sales, R&D and Eastern Europe for Cadbury Schweppes EMEA (Europe, Middle East & Africa). Chris left Cadbury in 1998 to become CEO of Quick Restaurants, a Belgian listed fast food company. He re-joined Cadbury at the end of 2002 and became MD of North Central and East Europe (Confectionery) after the acquisition of Adams. Chris was HR Director for the Europe, Middle East and Africa region from 2005-07, and President of the Europe Region from 2007-09.

**Favourite Products:**
Cadbury Dairy Milk Caramel, Bassett's Wine Gums

**Age: 53**



**Henry (Hank) Udow – Chief Legal Officer & Group Secretary**

**Term of office:**
Appointed Group Secretary in September 2007

**Skills and experience:**
Henry joined Cadbury North America in 1987 as Division Counsel & Assistant Secretary after working in private practice with the law firm of Shearman & Sterling in the US and UK. In 1991 he became Vice President, General Counsel & Secretary of Cadbury North America. In 1994 he moved to the UK to take up his role of Senior Vice President, Legal Director and General Counsel of Cadbury's Global Beverages business. In 2000 he became Mergers and Acquisitions Director, heading up all merger and acquisition activity for Cadbury. He was appointed Chief Legal Officer in 2005, heading up the Global Legal Function for the Cadbury group.

**Favourite Products:**
Cadbury Fruit and Nut

**Age: 52**

