# EXHIBIT 10

2009/32

# THE TAKEOVER PANEL

**CADBURY PLC**
**("CADBURY")**

**KRAFT FOODS INC**
**("KRAFT FOODS")**

**AMENDMENT TO OFFER TIMETABLE**

Rule 31.9 of the Code requires that the board of the offeree company should not, except with the consent of the Panel, announce any material new information after the 39th day following the publication of the initial offer document. Normally, therefore, the last day for the announcement by Cadbury of material new information in the context of the offer by Kraft Foods would be Tuesday, 12 January 2010.

However, the Panel Executive, having received representations from both Cadbury and Kraft Foods, has ruled that, solely in respect of the release of detailed estimated trading results for 2009, this deadline will be extended to 7.00 a.m. on Friday, 15 January.

"Day 46" (the last date for sending a revised offer) and "Day 60" (the date by which an offer must become or be declared unconditional as to acceptances) are unchanged and will be 19 January and 2 February, respectively. The next expiry date of the offer will not be affected by this extension.

Each of the parties has accepted this ruling.

30 December 2009