Kelly A. Lloyd
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CADBURY PLC SHAREHOLDER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No. 09-5006 (DMC) (MF) |

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in these matters, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in this matter has been entered [*see* Docket Entry #27]; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to Local Rule 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

-2-

                    Respectfully submitted,

                    **LOWENSTEIN SANDLER PC**
                    65 Livingston Avenue
                    Roseland, New Jersey  07068
                    973.597.2500
                    973.597.2400 (Fax)
                    *Local Counsel for Plaintiffs*


                    By: ___/s Kelly Lloyd___
                          Kelly A. Lloyd, Esq.

*Pro Hac Vice* Attorney Information      Dated: January 12, 2010

Name:    E. Alexandra Dosman

Address:  Shearman & Sterling LLP
             599 Lexington Avenue
             New York, NY 10022

E-Mail:   alexandra.dosman@shearman.com