NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWARD INT'L ENHANCED INDEX FUND, *et al.*, | |
| Plaintiffs, | **Hon. Dennis M. Cavanaugh** |
| v. | **ORDER** |
| CARR, *et. al.*, | Civil Action No. 09-CV-5006 (DMC) |
| Defendants, and, | |
| CADBURY PLC, | |
| Nominal Defendant. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon Defendants' motion to dismiss Plaintiffs' claims based on the doctrine of *forum non conveniens*; the Court having reviewed all submissions and having heard oral arguments of counsel; and for reasons set forth in its Opinion issued this day;

IT IS on this     22nd     day of January, 2010;

**ORDERED** that Defendants' motion to dismiss Plaintiffs' Amended Complaint is **granted.**

S/ Dennis M. Cavanaugh<br>
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File