```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                     MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 21 January 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                            Docket # 9cv5006

Steward International v. Carr, et al

Appearances:

P-   David Wissbroeker, Joseph DePalma, Peter Pearlman
D-   Alan Goudiss, Brian Burke & Douglas Eakley

Nature of proceedings:

Hrg. On Deft's motion to dismiss
Arguments heard from counsel
Case dismissed
Opinion & Order to be filed


Time Commenced      10
Time Adjourned      10:30


cc: chambers                               Scott P. Creegan
                                           Deputy Clerk