COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Liaison Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re CADBURY PLC SHAREHOLDER LITIGATION | ) | No. 2:09-cv-05006-DMC-MF |
| | ) | |
| | ) | NOTICE OF APPEAL |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

Notice is hereby given that Steward International Enhanced Index Fund and Susan Dougherty, suing individually and on behalf of all others similarly situated, and derivatively on behalf of nominal defendant Cadbury PLC, hereby appeal to the United States Court of Appeals for the Third Circuit from the (1) January 22, 2010 Order granting Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and (2) the accompanying Opinion filed January 22, 2010.

| | |
|---|---|
| DATED:  February 19, 2010 | COHN LIFLAND PEARLMAN<br>  HERRMANN & KNOPF LLP<br>PETER S. PEARLMAN<br>JEFFREY W. HERRMANN |

*s/ Peter S. Pearlman*
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

Liaison Counsel for Plaintiffs

- 1 -

- 2 -

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        MARK SOLOMON
        DAVID T. WISSBROECKER
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        BARROWAY TOPAZ KESSLER
          MELTZER & CHECK, LLP
        LEE D. RUDY
        MICHAEL WAGNER
        JAMES H. MILLER
        280 King of Prussia Road
        Radnor, PA  19087
        Telephone:  610/667-7706
        610/667-7056 (fax)

        Co-Interim Class Counsel and Co-Lead
        Derivative Counsel