COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Liaison Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re CADBURY PLC SHAREHOLDER LITIGATION | No. 2:09-cv-05006-DMC-MF |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF FIRM NAME CHANGE |

510484_1

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm").  The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same.  Please revise your records accordingly.

DATED:  March 30, 2010

        COHN LIFLAND PEARLMAN
         HERRMANN & KNOPF LLP
        PETER S. PEARLMAN
        JEFFREY W. HERRMANN


           s/ PETER S. PEARLMAN
            PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

Liaison Counsel for Plaintiffs

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

10484_1

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
LEE D. RUDY
MICHAEL WAGNER
JAMES H. MILLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Interim Class Counsel and Co-Lead Derivative Counsel

10484_1