# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-1527

Susan Dougherty, et al v. Roger Carr, et al

2-09-cv-06406

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


cc: Joseph J. DePalma Esq.
Douglas S. Eakeley Esq.
Amanda M. Frame Esq.
Alan S. Goudiss Esq.
Jason E. Halper Esq.
Eric A. Isaacson Esq.
Peter S. Pearlman Esq.


Dated:  April 26, 2010